[No. 56564-8-I.   Division One.   October 9, 2006.]

*In the Matter of the Marriage of* TOSHI L. DAVIS, *Respondent*, and THOMAS J. HUGHLEY, *Appellant*.

Appeal from judgments of the Superior Court for Snohomish County, No. 03-3-00744-9, David F. Hulbert, J., entered March 10 and July 7, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56763-2-I.   Division One.   October 9, 2006.]

STANLEY F. ABRAMSKI ET AL., *Respondents*, v. PRIMARY BEHAVIORAL HEALTH NETWORK, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-17204-7, Dean Scott Lum, J., entered July 26, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56799-3-I.   Division One.   October 9, 2006.]

*In the Matter of the Guardianship of* HELEN M. CHANDLER.

GUARDIANSHIP ESTATE OF HELEN M. CHANDLER ET AL., *Respondents*, and HENRY LIPPEK, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 03-4-06894-0, Joan B. Allison, J. Pro Tem., and Julie Spector, J., entered April 26 and June 13, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Schindler, A.C.J., and Becker, J.

[No. 56932-5-I.   Division One.   October 9, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD CHARLES WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-09340-4, Sharon S. Armstrong, J., entered August 30, 2005. *Affirmed* by unpublished per curiam opinion.